JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEI Y. KIM, an individual, | CV 14-04270 RSWL (RAOx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| TRUCK INSURANCE EXCHANGE, a California entity, and PEERLESS INSURANCE COMPANY, a New Hampshire corporation, | |
| Defendants. | |

WHEREAS, on June 25, 2015, this Court granted Defendant Peerless Insurance Company's ("Peerless") Motion for Summary Judgment in its entirety [77].

WHEREAS, on September 2, 2015, the Court granted Plaintiff Sei Y. Kim ("Kim") and Defendant Truck Insurance Exchange's ("Truck Insurance") Stipulation for Judgment Re Truck Insurance Exchange [90], in which the parties requested that the Court enter judgment in favor of Truck Insurance and against Kim.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**, upon the findings of the Court, that Judgment is entered in favor of Peerless and against Kim, in accordance with this Court's previous Order granting Peerless' Motion for Summary Judgment [77].

**IT IS FURTHER ORDERED,** pursuant to this Court's previous Order granting Kim and Truck Insurance's Stipulation, [90] that judgment is entered in favor of Truck Insurance and against Kim.

Judgment is therefore entered for and in favor of both Defendants Peerless and Truck Insurance against Plaintiff Kim.

DATED: September 2, 2015     s/RONALD S.W. LEW
**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge